IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCELLA THACKER                                                                                          PLAINTIFF

V.                                           CASE NO. 3:12CV00056 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 7th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE